THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ANDREY KIM, et al., ) <br> Defendants. ) <br> _____ ) | Case No.: 2:12-cr-0031-MCE <br><br> STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for March 15, 2012, at 9:00 a.m. is continued to May 17, 2012, at 9:00 a.m. in the same courtroom. R. Steven Lapham, Assistant United States Attorney, and Thomas A. Johnson, attorney for Andrey Kim, are requesting such continuance in order to continue review of discovery and for preparation of counsel. All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including May 17, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel). The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

1    **IT IS SO STIPULATED.**

2

3    DATED:  March 14, 2012          By:     /s/  Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Attorney for Defendant
4                                             ANDREY KIM

5
     DATED:  March 14, 2012                   BENJAMIN WAGNER
6                                             United States Attorney

7                                     By:     /s/ Thomas A. Johnson for
                                              R. STEVEN LAPHAM
8                                             Assistant U.S. Attorney

9

10                           **ORDER**

11       **IT IS SO ORDERED.**

12

13   March 16, 2012

14   _____
     MORRISON C. ENGLAND, JR
15   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28