THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0031-MCE |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| ANDREY KIM, et al., | |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for May 17, 2012, at 9:00 a.m. is continued to July 19, 2012, at 9:00 a.m. in the same courtroom. R. Steven Lapham, Assistant United States Attorney, and Thomas A. Johnson, attorney for Andrey Kim, are requesting such continuance in order to continue review of discovery and for preparation of counsel.  All parties stipulate and agree that the ends of justice are served by this continuance outweigh the best interest of the public and Defendants in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

It is further stipulated that the period from the date of this stipulation through and including July 19, 2012, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii), 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time for preparation of counsel).  The ends of justice served by the continuance outweigh the best interest in the public and the Defendants in a speedy trial.

1

**IT IS SO STIPULATED.**

DATED: May 14, 2012                    By:    /s/  Thomas A. Johnson
                                              THOMAS A. JOHNSON
                                              Attorney for Defendant
                                              ANDREY KIM


DATED: May 14, 2012                           BENJAMIN WAGNER
                                              United States Attorney

                                       By:    /s/ Thomas A. Johnson for
                                              R. STEVEN LAPHAM
                                              Assistant U.S. Attorney


## <u>ORDER</u>

GOOD CAUSE APPEARING, in that it is the stipulation of the parties: IT IS

HEREBY ORDERED that the status conference scheduled for May 17, 2012 at 9:00 a.m.

is vacated and the matter is set for status conference on July 19, 2012, at 9:00 a.m., and

that the period from May 17, 2012 to July 19, 2012, is excluded pursuant to 18 U.S.C.

§3161(h)(7)(B)(iv) and Local Code T4.  The Court finds that the ends of justice served by

taking the action ordered outweigh the best interest of the public and the defendant in a

speedy trial.

**IT IS SO ORDERED.**

Dated: May 16, 2012

                                              MORRISON C. ENGLAND, JR
                                              UNITED STATES DISTRICT JUDGE