THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:12-cr-0031-MCE |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF STATUS CONFERENCE |
| vs. | |
| ANDREY KIM, et al., | |
| Defendants. | |

   Plaintiff, United States of America, by and through its counsel of record, and Defendant, Andrey Kim, by and through his counsel of record, hereby stipulate as follows:

   1. By previous order, this matter was set for status on September 13, 2012.
   2. By this stipulation, Defendant now moves to continue the status conference to November 29, 2012, and to exclude time between September 13, 2012, and November 29, 2012 under Local Code T4.  Plaintiff does not oppose this request.
   3. The parties agree and stipulate, and request that the Court find the following:
      a. The government has represented that the discovery associated with this case includes approximately 1,800 pages of discovery.  This discovery

1    has been either produced directly to counsel and/or made available for
2    inspection and copying.
3    b.  Counsel for defendant desires additional time in order to continue
4    review of the discovery and to conduct research related to the charges.
5    Counsel also notes that the defendant is also charged in <u>United States v.</u>
6    <u>Chartaev</u>, Cr. No. S-11-514 GEB, a much larger case involving 11
7    defendants and approximately 4,500 pages of discovery.  Any resolution
8    of the current case must necessarily depend on a thorough
9    understanding of that case.  Consequently, the defense requires
10   additional time to review the discovery and consider its options in that
11   case.
12   c.  Counsel for defendant believes that failure to grant the above-requested
13   continuance would deny him/her the reasonable time necessary for
14   effective preparation, taking into account the exercise of due diligence.
15   d.  The government does not object to the continuance.
16   e.  Based on the above-stated findings, the ends of justice served by
17   continuing the case as requested outweigh the interest of the public and
18   the defendant in a trial within the original date prescribed by the Speedy
19   Trial Act.
20   f.  For the purpose of computing time under the Speedy Trial Act, 18
21   U.S.C. § 3161, <u>et seq.</u>, within which trial must commence, the time
22   period of July 19, 2012 to September 13, 2012, inclusive, is deemed
23   excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
24   T4] because it results from a continuance granted by the Court at
25   defendant's request on the basis of the Court's finding that the ends of
26   justice served by taking such action outweigh the best interest of the
27   public and the defendant in a speedy trial.
28   ////

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: September 10, 2012                                   THOMAS A. JOHNSON
                                                            Attorney for Defendant
                                                            ANDREY KIM


DATED: September 10, 2012                                   BENJAMIN WAGNER
                                                            United States Attorney

                                                    By:    /s/ Thomas A. Johnson for
                                                            R. STEVEN LAPHAM
                                                            Assistant U.S. Attorney

### ORDER

In accordance with the foregoing stipulation of counsel, the status conference in this matter set for September 13, 2012 is hereby continued to November 29, 2012 at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 17, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3