THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Defendant Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREY KIM,<br><br>　　　　Defendant. | Case No.: 2:11-cr-0514-TLN and<br>　　　　　　2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for May 22, 2014, at 9:30 a.m. is continued to February 12, 2015, at 9:30 a.m. in the same courtroom.  Probation has also been informed of the continuance request.  Lee Bickley, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: April 4, 2014            By:   /s/ Thomas A. Johnson
                                      THOMAS A. JOHNSON
                                      Attorney for Andrey Kim

DATED: April 4, 2014                  BENJAMIN B. WAGNER
                                      United States Attorney

                                By:   /s/ Thomas A. Johnson for
                                      LEE BICKLEY
                                      Assistant United States Attorney

1

1 **IT IS SO ORDERED.**
2 DATED: April 7, 2014
3
4                                              Troy L. Nunley
                                              United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREY KIM,<br><br>        Defendant. | Case No.: 2:11-cr-0514-TLN, and 2:12-cr-0031-TLN<br><br>MODIFICATION OF SCHEDULE FOR PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT |

| | |
|---|---|
| Judgment and Sentencing date: | February 12, 2015 |
| Reply or Statement | February 5, 2015 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 29, 2015 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | January 22, 2015 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | January 15, 2015 |
| The proposed Pre-Sentence Report shall be disclosed to counsel no later than: | January 2, 2015 |

3