THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    vs.<br><br>ANDREY KIM,<br><br>         Defendant. | Case No.: 2:11-cr-0514-TLN and<br>            2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR<br>CONTINUANCE OF JUDGMENT AND<br>SENTENCING |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for February 12, 2015, at 9:30 a.m. is continued to May 7, 2015, at 9:30 a.m. in the same courtroom for a Judgment and Sentencing Status Conference.   Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: February 6, 2015                    By:    /s/ Thomas A. Johnson
                                                          THOMAS A. JOHNSON
                                                          Attorney for Andrey Kim

1

| | |
|---|---|
| DATED:  February 6, 2015 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>By:     /s/ Thomas A. Johnson for<br>         HEIKO COPPOLA<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: February 6, 2015

_____
Troy L. Nunley
United States District Judge

2