THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-0514-TLN and |
| Plaintiff, | 2:12-cr-0031-TLN |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE |
| ANDREY KIM, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing Status Conference scheduled for May 7, 2015, at 9:30 a.m. is

continued to September 10, 2015, at 9:30 a.m. in the same courtroom.   Probation has

also been informed of the continuance request.  Heiko Coppola, Assistant United States

Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  April 30, 2015                    By:    /s/ Thomas A. Johnson
                                                              THOMAS A. JOHNSON
                                                              Attorney for Andrey Kim


DATED:  April 30, 2015                           BENJAMIN B. WAGNER
                                                              United States Attorney

                                                   By:    /s/ Thomas A. Johnson for
                                                              HEIKO COPPOLA
                                                              Assistant United States Attorney

1

**IT IS SO ORDERED.**

DATED: April 30, 2015

_____
Troy L. Nunley
United States District Judge