THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:11-cr-0514-TLN and |
| | ) | 2:12-cr-0031-TLN |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER FOR |
| vs. | ) | CONTINUANCE OF JUDGMENT AND |
| | ) | SENTENCING STATUS CONFERENCE |
| ANDREY KIM, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

Judgment and Sentencing Status Conference scheduled for January 21, 2016, at 9:30 a.m.

is continued to June 23, 2016, at 9:30 a.m. in the same courtroom.   Probation has also

been informed of the continuance request.  Heiko Coppola, Assistant United States

Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  January 19, 2016          By:   /s/ Thomas A. Johnson
                                     THOMAS A. JOHNSON
                                     Attorney for Andrey Kim

DATED:  January 19, 2016                BENJAMIN B. WAGNER
                                     United States Attorney

                           By:   /s/ Thomas A. Johnson for
                                     HEIKO COPPOLA
                                     Assistant United States Attorney

1    **IT IS SO ORDERED.**

2    DATED: January 19, 2016

3                                                    Troy L. Nunley
                                                     United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28