THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 2:11-cr-0514-TLN and 2:12-cr-0031-TLN |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE |
| ANDREY KIM, | ) | |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for June 23, 2016, at 9:30 a.m. is continued to December 15, 2016, at 9:30 a.m. in the same courtroom.   Probation has also been informed of the continuance request.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: June 15, 2016                    By:     /s/ Thomas A. Johnson
                                                THOMAS A. JOHNSON
                                                Attorney for Andrey Kim

DATED: June 15, 2016                            PHILLIP A. TALBERT
                                                Acting United States Attorney

                                        By:     /s/ Thomas A. Johnson for
                                                HEIKO COPPOLA
                                                Assistant United States Attorney

1

1 | **IT IS SO ORDERED.**

2 | DATED: June 15, 2016

Troy L. Nunley
United States District Judge