THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 1620
Sacramento, California  95814
Telephone:  (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREY KIM,<br><br>        Defendant. | Case No.: 2:11-cr-0514-TLN and<br>              2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE<br><br>Date: February 8, 2018<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for December 14, 2017, is continued to February 8, 2018, at 9:30 a.m. in the same courtroom.  Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED:  November 29, 2017                By:    <u>/s/ Thomas A. Johnson</u>
                                                                                    THOMAS A. JOHNSON
                                                                                    Attorney for Andrey Kim

DATED:  November 29, 2017                       PHILLIP A. TALBERT
                                                                                     United States Attorney

| | |
|---|---|
| | By: /s/ Thomas A. Johnson for<br>HEIKO COPPOLA<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: November 29, 2017

_____
Troy L. Nunley
United States District Judge