| | |
|---|---|
| 1 | THOMAS A. JOHNSON, #119203 |
| 2 | KRISTY M. HORTON, #271250 |
| | Law Office of Thomas A. Johnson |
| 3 | 400 Capitol Mall, Suite 2560 |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 442-4022 |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-00514-TLN; 2:12-cr-00031-TLN |
| Plaintiff, | |
| vs. | STIPULAION AND ORDER TO TERMINATE DEFENDANT'S PRE-TRIAL SERVICES SUPERVISION |
| ANDREY KIM, | |
| Defendant. | |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the supervision of Andrey Kim by Pre-Trial Services be terminated. Pre-Trial Services has requested the termination of Mr. Kim's supervision. Mr. Kim has been under supervision for approximately seven years; he has made all of his required court appearances; he has no prior failures to appear for court; and no violations have been filed. The bond would remain in place along with condition #6, which pertains to the surrender of his passport/he shall not apply for a new passport.

**IT IS SO STIPULATED.**

DATED: July 10, 2018　　　　　　　　　　By:　/s/ Thomas A. Johnson
　　　　　　　　　　　　　　　　　　　　　　　THOMAS A. JOHNSON
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Andrey Kim

DATED: July 10, 2018　　　　　　　　　　　　McGREGOR W. SCOTT

1

<pre>
                                        United States Attorney

                                  By:   /s/ Heiko P. Coppola
                                        HEIKI P. COPPOLA
                                        Assistant United States Attorney
</pre>

## **ORDER**

**IT IS SO ORDERED.**

Dated:  July 11, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE