THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022
Attorney for Andrey Kim

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREY KIM,<br><br>    Defendant. | Case No.: 2:11-cr-0514-TLN and<br>                2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING STATUS CONFERENCE<br><br>Date: January 24, 2019<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing Status Conference scheduled for December 13, 2018, is continued to January 24, 2019, at 9:30 a.m. in the same courtroom. Lee Bickley, Assistant United States Attorney, Heiko Coppola, Assistant United States Attorney, and Thomas A. Johnson, Defendant's attorney, agree to this continuance.

**IT IS SO STIPULATED.**

DATED: December 10, 2018      By: /s/ Thomas A. Johnson
                        THOMAS A. JOHNSON
                        Attorney for Andrey Kim

//
//
//
//
//
//

1

| | | |
|---|---|---|
| DATED: December 10, 2018 | | McGREGOR SCOTT<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson<br>LEE BICKLEY<br>Assistant United States Attorney |
| DATED: December 10, 2018 | | McGREGOR SCOTT<br>United States Attorney |
| | By: | /s/ Thomas A. Johnson<br>HEIKO COPPOLA<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

DATED: December 11, 2018

_____
Troy L. Nunley
United States District Judge