THOMAS A. JOHNSON, #119203
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> vs.<br><br>ANDREY KIM,<br><br>   Defendant. | Case No.: 2:11-cr-0514-TLN and<br>     2:12-cr-0031-TLN<br><br>STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING<br><br>Date: June 6, 2019<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for June 6, 2019, is continued to September 12, 2019, at 9:30 a.m. in the same courtroom. Defense counsel is preparing for a federal trial and needs additional time to prepare for sentencing. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | September 12, 2019 |
| Reply or Statement | September 5, 2019 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | August 22, 2019 |
| The Pre-Sentence Report shall be filed with the court and disclosed to counsel no later than: | August 15, 2019 |

1

| | |
|---|---|
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 1, 2019 |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | July 18, 2019 |

**IT IS SO STIPULATED.**

DATED: April 8, 2019      By:   /s/ Thomas A. Johnson
                                THOMAS A. JOHNSON
                                Attorney for Andrey Kim

DATED: April 8, 2019            MCGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ Thomas A. Johnson
                                HEIKO COPPOLA
                                Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED.**

DATED:  April 8, 2019

_____
Troy L. Nunley
United States District Judge