THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 2:11-cr-0514-TLN and 2:12-cr-0031-TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| ANDREY KIM, | ) |
| | ) Date: November 21, 2019 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for November 21, 2019, is continued to January 30, 2020, at 9:30 a.m. in the same courtroom. Defense counsel is unavailable as he has been retained to represent a person in another matter who has been subpoenaed to testify before the grand jury on November 21, 2019. The PSR schedule is to be amended as follows:

| | |
|---|---|
| Judgment and Sentencing date: | January 30, 2020 |
| Reply or Statement | January 23, 2020 |
| Motion for Correction of the Pre-Sentence Report shall be filed with the court and served on the Probation Officer and opposing counsel no later than: | January 16, 2020 |

1

**IT IS SO STIPULATED.**

DATED: October 29, 2019	By:	/s/ Thomas A. Johnson
	THOMAS A. JOHNSON
	Attorney for Andrey Kim

DATED: October 29, 2019		MCGREGOR W. SCOTT
		United States Attorney

	By:	/s/ Lee Bickley
		LEE BICKLEY
		Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED.**

DATED: October 30, 2019

_____
Troy L. Nunley
United States District Judge