THOMAS A. JOHNSON, #119203
KRISTY M. HORTON, #271250
Law Office of Thomas A. Johnson
400 Capitol Mall, Suite 2560
Sacramento, California 95814
Telephone: (916) 422-4022

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-0514-TLN and 2:12-cr-0031-TLN |
| Plaintiff, | STIPULATION AND ORDER FOR CONTINUANCE OF JUDGMENT AND SENTENCING |
| vs. | |
| ANDREY KIM, | Date: January 30, 2020 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Troy L. Nunley |

## **STIPULATION**

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Judgment and Sentencing scheduled for January 30, 2020, is continued to February 20, 2020, at 9:30 a.m. in the same courtroom. Defense counsel needs additional time to prepare for sentencing. The PSR schedule is to be amended as follows:

Judgment and Sentencing date:                             February 20, 2020

Reply or Statement                                                  February 13, 2020

**IT IS SO STIPULATED.**

DATED: January 22, 2020        By:    /s/ Thomas A. Johnson
                                                        THOMAS A. JOHNSON
                                                        Attorney for Andrey Kim

1

DATED: January 22, 2020

MCGREGOR W. SCOTT
United States Attorney

By: /s/ Lee Bickley
LEE BICKLEY
Assistant United States Attorney

**<u>ORDER</u>**

**IT IS SO ORDERED.**

DATED: January 23, 2020

_____
Troy L. Nunley
United States District Judge